IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**ANTWAIN WASHINGTON,**

                     Plaintiff,

    v.

**C. SCHUMACHER, et al.,**

                     Defendants.

Case No. 2:19-cv-00616-TLN-JDP (PC)

[PROPOSED] ORDER

Judge:       The Honorable Jeremy D. Peterson
Trial Date:   TBD
Action Filed: April 10, 2019

The Court, having considered Defendant's motion to modify the discovery and scheduling order, and good cause having been found:

IT IS HEREBY ORDERED: Defendant's motion is granted. The deadline to conduct discovery is extended to December 13, 2021, and the deadline to file dispositive motions is extended to March 26, 2021.

IT IS SO ORDERED.

Dated:   December 4, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE